

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00357-CR

Christopher Lee **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8154W
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we MODIFY the trial court's June 24, 2020 Judgment Revoking Community Supervision as follows:

Under the heading "Plea to Motion to Revoke," we delete "True" and MODIFY the judgment to state "Not True."

We AFFIRM the trial court's judgment as modified.

SIGNED February 3, 2021.

_____
Beth Watkins, Justice